UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DARSHAE BRUCK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-152-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JOSH PETRY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 54 of the Federal Rules of Civil Procedure and pursuant to the Memorandum Opinion and Order entered on date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Darshae Bruck's claims against Defendants Josh Petry, Jennifer Kermeen, and the Madison County Sheriff's Office are **DISMISSED**, with prejudice.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: June 10, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky